# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LANGSTON, | CASE NO. 4:12-cv-05915-KAW |
| Plaintiff, | ~~[PROPOSED]~~ ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE ON APRIL 2, 2013 |
| v. | |
| CIR, LAW OFFICES, | Hearing Date: 4/2/2013 |
| | Time:           1:30 PM |
| Defendant. | Courtroom:     4 |
| | Judge:    Hon. Kandis A. Westmore |

Defendant, CIR, LAW OFFICES ("Defendant"), requests permission to

appear telephonically at the Case Management Conference currently set for April

2, 2013, at 1:30 p.m.

IT IS HEREBY ORDERED that Defendant's request to appear

telephonically at the Case Management Conference is GRANTED.  Defendant's

comply with the Court's Standing Order on Procedures for Telephonic
counsel shall ~~remain available until released by the Court.  Counsel for Defendant~~
Appearances, available online at http://cand.uscourts.gov/kaworders.
~~shall contact the Court pursuant to instructions to be provided by the Courtroom~~
This includes personally arranging the telephonic appearance with CourtCall—a
~~Deputy on the date and time set for this matter.~~
paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

Dated:    3/13/13

Hon. Kandis A. Westmore
United States District Judge