# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LANGSTON, | CASE NO. 4:12-cv-05915-KAW |
| Plaintiff, | [PROPOSED] ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE ON APRIL 2, 2013 |
| v. | |
| CIR, LAW OFFICES, | Hearing Date: 4/2/2013<br>Time: 1:30 PM<br>Courtroom: 4<br>Judge: Hon. Kandis A. Westmore |
| Defendant. | |

Defendant, CIR, LAW OFFICES ("Defendant"), requests permission to appear telephonically at the Case Management Conference currently set for April 2, 2013, at 1:30 p.m.

IT IS HEREBY ORDERED that Defendant's request to appear telephonically at the Case Management Conference is GRANTED. Defendant's counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at http://cand.uscourts.gov/kaworders. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

Dated: 3/13/13

_Kandis Westmore_
Hon. Kandis A. Westmore
United States District Judge

LANGSTON v. CIR  (Case No. 4:12-cv-05915-KAW)
[PROPOSED] ORDER        1