# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MICHELLE LANGSTON

      Plaintiff(s),

  v.

CIR LAW OFFICES

      Defendant(s).

_____/

No. C- 12-05915

ORDER VACATING SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference set for November 13, 2013 is VACATED.

Dated: 10/30/13

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge