UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle Langston,<br><br>             Plaintiff,<br><br>     vs.<br><br>CIR, LAW OFFICES; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: 3:12-cv-05915-KAW<br><br>**[PROPOSED] ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:_____                                       _____

                                                                            Judge: Hon. Kandis A. Westmore