1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
9      NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 Michelle Langston, | Case No.: 3:12-cv-05915-KAW |
| 12         Plaintiff, | [~~PROPOSED~~] ORDER |
| 13     vs. | |
| 14 CIR, LAW OFFICES; and DOES 1-10, inclusive, | |
| 15         Defendants. | |

18    Based on the Stipulation of counsel, the case is dismissed with prejudice, each
19 party to bear its own attorney fees and costs.

21 Date: 2/25/14                    _Kandis Westmore_
22                         Judge: Hon. Kandis A. Westmore